UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80196-Cr-Marra/Matthewman

18 U.S.C. §1030(a)(2)(C)
18 U.S.C. §982(a)(2)(B)
18 U.S.C. §1030(i)

UNITED STATES OF AMERICA

vs.

THOMAS HEYDEN,
            Defendant.
_____/

FILED BY ___TM___ D.C.

Dec 14, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney for the Southern District of Florida charges that:

### COUNT 1
### 18 U.S.C. §1030(a)(2)(C)
### (Unauthorized Access to a Protected Computer)

On or about September 29, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**THOMAS HEYDEN,**

did intentionally access without authorization a protected computer as defined at 18 U.S.C. §1030(e)(2)(B) in violation of 18 U.S.C. §§1030(a)(2)(C).

It is further alleged that the information was obtained for purposes of commercial advantage and private financial gain, in violation of Title 18 U.S.C. §1030 (c)(2)(B)(i).

It is further alleged that the value of the information obtained exceeded $5,000, in violation of 18 U.S.C. §1030(c)(2)(B)(iii).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **THOMAS HEYDEN**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1030, as alleged in this Information, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1030(i).

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, the following:

   a) one (1) IOMEGA External Hard Drive; and

   b) one (1) "HR Options" white and grey Flash Drive.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1030(i)(2).

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.
Thomas Heyden

_____ Defendant/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [✓] WPB
- [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __1-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  0 to 5 days        [✓]
   - II 6 to 10 days       [ ]
   - III 11 to 20 days     [ ]
   - IV 21 to 60 days      [ ]
   - V  61 days and over   [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Aurora Fagan
Assistant United States Attorney
FLA Bar No.    188591

*Penalty Sheet(s) attached

REV 3/19/21

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** Thomas Heyden

**Case No:** _____

Count 1:
           18 U. S. C. §§ 1030(a)(2) and (c)(2)(B)(i) and (iii)

           Fraud and Related Activities in Connection With Computers

**\*Max Penalty**   5 years' imprisonment, 3 years supervised release, $250,000 fine and restitution

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Thomas Heyden

$25k Personal Surety Bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Aurora Fagan

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   FBI - Travis Jones
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
305-389-2550

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | |
| Thomas Heyden ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Valentin Rodriguez
*Printed name of defendant's attorney*

_____
*Judge's signature*

U.S. Magistrate Judge
*Judge's printed name and title*